IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**OTIS A. WADE, ADC #146863**                                                                 **PETITIONER**

v.                          **CASE NO. 3:12CV00052 BSM/JTK**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                           **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed without prejudice, and the relief sought is denied.

Dated this 18th day of April 2012.

_____
UNITED STATES DISTRICT JUDGE